IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SHEVITA CRANE,

    Plaintiff,

Case No.: 03-2887 D

v.

PEPSI AMERICAS,

    Defendant.

## ORDER TO SHOW CAUSE

On May 31, 2005, Defendant filed a motion for summary judgment. Plaintiff is allowed 30 days from the date of service of the motion to file a response. Some seventy-five (75) days after filing of the motion, Plaintiff has failed to file a response.

Plaintiff is hereby ordered to file a written response to the summary judgment motion on or before August 31, 2005. Failure to timely respond will be deemed as a waiver, and the motion will be decided on the existing record.

**IT IS SO ORDERED** this _15th_ day of _August_, 2005.

    BERNICE BOUIE DONALD
    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _8-16-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:03-CV-02887 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Shevita Crane
P.O. Box 355
5684 Hwy. 178
Victoria, MS 38679

David K. Haase
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT